ALLEN R. SHINN and THE YORK MANUFACTURING COMPANY, appellants,

*v.*

THE VINELAND NATIONAL BANK, respondent.

On appeal from an order advised by Vice-Chancellor Grey, whose opinion is reported in *Vineland National Bank* v. *Shinn, 10 Dick. Ch. Rep. 415.*

*Mr. Henry S. Alvord,* for the appellants.

PER CURIAM.

Order affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, COLLINS, DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, KRUEGER, NIXON, VREDENBURGH—15.

*For reversal*—None.